Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
K&L Gates LLP
One SW Columbia St., Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Caitlin Blanche (admitted *pro hac vice*)
caitlin.blanche@klgates.com
K&L Gates LLP
One Park Plaza, 12th Floor
Irvine, California 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

*Attorneys for Defendant Humm Kombucha LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| TABATHA LAWLEY, an individual;<br><br>　　　　　Plaintiff,<br>　v.<br><br>HUMM KOMBUCHA LLC, an Oregon Domestic Limited Liability Company<br><br>　　　　　Defendants. | Case No. 6:23-cv-00170<br><br>**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned certifies that Defendant Humm Kombucha LLC's counsel has conferred with Plaintiff Tabatha Lawley's counsel regarding this Motion, and Plaintiff does not oppose this Motion.

PAGE 1 – DEFENDANT'S SECOND UNOPPOSED MOTION FOR
　　　　　EXTENSION OF TIME TO RESPOND TO COMPLAINT

K&L GATES, LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

## **MOTION**

Pursuant to L.R. 16-3 and Fed. R. Civ. P. 6(b)(1)(A), Defendant Humm Kombucha LLC ("Humm Kombucha"), moves this Court for an order to extend its time to file a response to Plaintiff Tabatha Lawley's ("Plaintiff") Complaint in this matter. There is good cause for this extension because it will allow the parties additional time to continue discussions surrounding a possible resolution of this matter.

Humm Kombucha previously filed an unopposed motion to extend its time to file a response to the Complaint by 32 days on February 24, 2023.  ECF No. 11.  The Court granted that motion, and therefore Humm Kombucha's response to the Complaint is currently due on April 3, 2023.  Humm Kombucha requests a further 21-day extension, up to and including **April 24, 2023**, to file a response to the Complaint.

Counsel for Humm Kombucha conferred with counsel for Plaintiff regarding this Motion, and Plaintiff does not oppose this Motion. The requested extension will have no impact on any existing deadlines, settings, or schedules in this matter and this request has not been submitted

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

PAGE 2 – DEFENDANT'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT

K&L GATES, LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200

for the purposes of delay. Accordingly, Humm Kombucha respectfully requests that the Court grant this Motion.

DATED March 28, 2023.

        Respectfully submitted,

        K&L GATES LLP

        By:  */s/ Elizabeth H. White*
            Elizabeth H. White, OSB #204729
            elizabeth.white@klgates.com
            One SW Columbia St., Suite 1900
            Portland, Oregon 97204
            Telephone: (503) 228-3200
            Facsimile: (503) 248-9085

            Caitlin Blanche (admitted *pro hac vice*)
            caitlin.blanche@klgates.com
            One Park Plaza, 12th Floor
            Irvine, California 92614
            (949) 253-0900

        *Attorneys for Defendant Humm Kombucha LLC*

PAGE 3 – DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

K&L GATES, LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, I served the forgoing document on all parties and counsel of record via the CM/ECF system.

DATED: March 28, 2023.          By: */s/ Elizabeth H. White*
                                          Elizabeth H. White OSB #204729

PAGE 1 – CERTIFICATE OF SERVICE

K&L GATES, LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97204
TELEPHONE: (503) 228-3200